# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIN MOLLIE KOETJE,
Appellant,
vs.
KENNETH RYAN YOST,
Respondent.

No. 71476

**FILED**

MAR 31 2017



## *ORDER DISMISSING APPEAL*

On January 23, 2017, this court entered an order regarding filing fee. The order instructed appellant to pay the filing fee or file a motion in this court to proceed in forma pauperis. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in this court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. Bryce C. Duckworth, District Judge, Family Court Division
Erin Mollie Koetje
Kenneth Ryan Yost
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-10802